# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Judith Elizabeth CHAVEZ, <br><br> Defendant. | Case No.: **18MJ2351** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

On or about May 10, 2018, within the Southern District of California, defendant Judith Elizabeth CHAVEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 24.46 kilograms (53.92 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Special Agent Eric M. Velazquez
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10TH, DAY OF MAY 2018.

*[signature]*
HON BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Judith Elizabeth CHAVEZ

PROBABLE CAUSE STATEMENT

I, Special Agent Eric M. Velazquez, declare under penalty of perjury that the following is true and correct:

On May 10, 2018 at about 2:25 am, Judith Elizabeth CHAVEZ, a United States citizen, entered the United States through the Otay Mesa Port of Entry. CHAVEZ was the driver and sole occupant of a white 1995 Honda Civic bearing a California license plate. CHAVEZ approached a Customs and Border Protection Officer (CBPO) on vehicle primary lane 5. CHAVEZ opened her door and told the CBPO the window didn't go down. CHAVEZ said she was going to Coronado, then paused and said "Coronado Avenue." The CBPO asked CHAVEZ if she was bringing anything from Mexico and CHAVEZ said, "No." CHAVEZ said the contents in the Honda Civic were hers. The CBPO asked CHAVEZ if anyone threatened her or forced her to bring anything across the border. CHAVEZ said, "No." CHAVEZ also said the Honda Civic was hers. When asked who she got it from, CHAVEZ said, "They just bought it for me." The CBPO asked CHAVEZ who was "they" and noticed that CHAVEZ paused and then stated, "Oh uh, um, my mom did." The CBPO conducted an inspection of the vehicle and noticed CHAVEZ did not have any personal effects in the trunk of the Honda Civic. The CBPO examined the side walls and noticed carpet-like material alongside the walls had screws attaching it to the trunk. The CBPO pulled on the carpet-like material and was able to see into the rear driver's side quarter panel. She shined her flashlight into the quarter panel and discovered

2

several brick-like packages. CHAVEZ was handcuffed and she and the Honda Civic were sent to secondary for further inspection.

At about 2:27 am, a second CBPO conducted an inspection of the Honda Civic. The CBPO removed 24 packages from the driver's side rear quarter panel and 26 packages from the passenger side rear quarter panel. A total of 50 packages, which weighed 24.46 kilograms (53.92 pounds), field-tested positive for methamphetamine.

At about 5:30 am, CHAVEZ was advised of her Miranda rights. She said she understood her rights and elected to make a statement without a lawyer present. CHAVEZ denied knowing the Honda Civic contained narcotics inside. CHAVEZ explained her "mom" bought her the Honda Civic about one week ago. She did not know how much her mom paid for the vehicle. CHAVEZ explained a person named "Lulu" was like a "second mom" to her and it was Lulu who got her the Honda Civic. CHAVEZ said she was going home to San Diego, CA and planned on going to school to take a test at about 10:00 am.

CHAVEZ last saw the Honda Civic, on Tuesday May 8, 2018, when she parked it on the street outside her residence in Playas de Tijuana between the hours of 5:00 am and 6:00 am. CHAVEZ learned from "an old lady" that a person named Cirilo took the Honda Civic, on Wednesday, May 9, 2018, between the hours of 8:00 pm and 9:00 pm. CHAVEZ did not know why Cirilo took the Honda Civic. CHAVEZ was taken to the Honda Civic, which was parked in a gasoline station by her boyfriend's brother. CHAVEZ explained it took her about twenty minutes to grab her stuff, leave her residence, drive to the gasoline station and arrive to the port of entry. CHAVEZ was unable to explained what she was doing between the hours of 9:00 pm (after learning Cirilo had

taken the Honda Civic) and 2:00 am just before leaving her residence. CHAVEZ said Cirilo "set her up" because they had gotten into an argument last night. CHAVEZ believed Cirilo put narcotics in the Honda Civic because he previously "set up" his own family. CHAVEZ was unable to provide details about how Cirilo set up his own family.