1              UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF CALIFORNIA

3   Before The Honorable BERNARD G. SKOMAL, Magistrate Judge

4

5   UNITED STATES OF AMERICA,    )
                                 )
6                  Plaintiff,    )        CASE NO.
                                 )      3:18-mj-2351-BGS
7      VS.                       )
                                 )
8   JUDITH ELIZABETH CHAVEZ,     )      NO BODY PRESENT
                                 )
9                  Defendant.    )
    _____)
10                                       San Diego, California
                                         Thursday, May 10, 2018
11

12       TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
                        OF PROCEEDINGS

13

14            Liberty Court Player 6:12-6:13 p.m.

15   APPEARANCES:

16   For Plaintiff:
                    UNITED STATES ATTORNEY'S OFFICE
17                  880 Front Street
                    San Diego, California 92101
18                  BY: JACLYN STAHL
                        ASSISTANT UNITED STATES ATTORNEY
19

20   For Defendant:
                    FEDERAL DEFENDERS OF SAN DIEGO, INC.
21                  225 Broadway, Suite 900
                    San Diego, California 92101
22                  BY: ERIC FISH
                        ATTORNEY AT LAW
23

24   Court Interpreter:  Dan DeCoursey

25   Transcribed By:   Ellen L. Simone

1          (Proceedings begin at 6:12 p.m.)

2          THE CLERK:  Next matter is matter 32.  18mj2351.

3  U.S.A. v. Judith Elizabeth Chavez.

4          MS. STAHL:  Your Honor, this was a late-filed case,

5  and the only booking window available at MCC was 5:30.  To my

6  knowledge, he was booked at 5:30 this evening.

7          THE COURT:  I'm going to order him -- her -- her.

8  This is Judith Elizabeth Chavez, right?

9          MR. FISH:  Yes.  And --

10          THE COURT:  I'll order her here tomorrow at the duty

11  log.

12          MR. FISH:  Your Honor, we have filed a writ for her as

13  well.

14          THE COURT:  Order her here tomorrow for the duty log.

15          THE CLERK:  Okay.

16          (Proceedings adjourned at 6:13 p.m.)

17

18

19

20

21

22

23

24

25

1        CERTIFICATE OF TRANSCRIBER

2            I certify that the foregoing is a true and correct

3    transcription, to the best of my ability, of the above pages of

4    the official electronic sound recording provided to me by the

5    U.S. District Court, Southern District of California, of the

6    proceedings taken on the date and time previously stated in the

7    above matter.

8            I further certify that I am neither counsel for

9    related to, nor employed by any of the parties to the action in

10   which this hearing was taken, and further that I am not

11   financially nor otherwise interested in the outcome of the

12   action.

13

14   DATE:   Monday, May 14, 2018

15

16                    _____/s/ Ellen L. Simone_____

17                         Ellen L. Simone, RMR, CRR
                            Official Court Reporter
18

19

20

21

22

23

24

25